IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01914-BNB

REV. DR. KAMAL K. ROY,

      Plaintiff,

v.

JUNGLE DEMOCRACIES, et al.,

      Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 2 0 2010

GREGORY C. LANGHAM
CLERK

---

ORDER OF DISMISSAL

---

Plaintiff initiated this action by submitting to the Court *pro se* a confusing set of documents that he apparently intended to have filed as a pleading in a new civil rights action. In an order filed on August 11, 2010, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Plaintiff to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Plaintiff to file a pleading on the proper form and either to pay the filing fee or to file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Plaintiff was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

On August 23, 2010, Plaintiff responded to the order to cure deficiencies by filing another confusing set of documents. Included within the documents filed on August 23 is a copy of Magistrate Judge Boland's August 11 order, a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, some of the pages of the Court's

nonprisoner Complaint form, and numerous other documents that are difficult to read and bear no apparent relevance the claims Plaintiff may wish to pursue in this action. Even construing the documents filed on August 23 liberally, the Court finds that Plaintiff has failed to cure all of the deficiencies within the time allowed because he has not submitted a completed pleading on the Court's nonprisoner Complaint form as required by the Court's local rules. *See* D.C.COLO.LCivR 8.1A. Therefore, the action will be dismissed without prejudice for failure to cure all of the deficiencies. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Plaintiff failed to cure all of the deficiencies as directed.

DATED at Denver, Colorado, this __17th__ day of __September__, 2010.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01914-BNB

Kamal Roy
PO Box 1173
Saranac Lake, NY 12983

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 9|20|10

GREGORY C. LANGHAM, CLERK

By: _____
                Deputy Clerk